UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SEAN DAVID COTTLE, | ) | 3:12-cv-00645-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 30, 2013 |
| | ) | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants | ) ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion Submission of Pleading and LR 26-4 Motion for Amended Complaint/Renew Injunction." (Doc. # 35.) Plaintiff's motion seeks an order of the court "to stay discovery or extend it so my amended complaint with renewed injunction can be answered first before a scheduling order is ordered." (*Id* at 1-2.) However, on August 27, 2013, District Judge Miranda M. Du denied Plaintiff's motions to amend (Doc. ## 19, 20, 21). (Doc. #34.)

Plaintiff's motion (Doc. # 35) for an order staying discovery is therefore **DENIED**. Plaintiff is advised his "Motion to Renew Preliminary/TRO Injunction" will be addressed in the Court's normal course.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk