UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SEAN DAVID COTTLE, | 3:12-cv-00645-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | December 20, 2013 |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants | |

**PRESENT:** THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** KATIE LYNN OGDEN   **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion - Order for Transcript of December 3, 2013 - 9:30 a.m. Hearing." (Doc. 83.) Plaintiff states that he wishes to utilize the transcript for evidence at trial and offers to pay for the transcript at ten (10) cents per page. (*Id*. at 1.) Defendants have filed a non-opposition to the Plaintiff's motion (Doc. # 86).

The court is advised that transcripts of hearings are only prepared if they are ordered and paid for in advance. The price of the transcript has been set by the Judicial Conference at $3.65 per page for the original (or first request for a copy). If an original has already been ordered, the cost of a copy would be 90¢ per page. Since there have been no other requests for the preparation of the transcript of the hearing Plaintiff has requested, his cost would be $3.65 per page, paid in advance.[1]

The court believes that a copy of the transcript is not warranted in view of the detailed Minutes of Proceedings (Doc. # 79) and this court's Report and Recommendation (Doc. # 85). However, if Plaintiff wants a copy of the transcript, he may order and pay for it in advance.

Plaintiff's motion (Doc. # 83) is **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk

---

[1] Plaintiff is reminded that the order granting Plaintiff *in forma pauperis* status (Doc. # 18), does not extend to the issuance of subpoenas or other litigation costs.