UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SEAN DAVID COTTLE, | ) | 3:12-cv-00645-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 5, 2014 |
| | ) | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u> KATIE LYNN OGDEN </u>   REPORTER:  <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

The record reflects that the settlement conference held on February 25, 2014, before Magistrate Judge Robert A. McQuaid, Jr., resulted in a settlement of this matter. (Doc. # 99.)

In view of the pending settlement, briefing on all outstanding motions (Doc. ## 73, 97, 100 and 101) in this matter is **STAYED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   <u>     /s/                      </u>
Deputy Clerk