UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SEAN DAVID COTTLE, | ) | 3:12-cv-00645-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 25, 2015 |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's Motion (Doc. # 115) requesting the court to send him a minute order pertaining to the hearing held on 6/9/15 is **GRANTED.**  The Clerk is directed to send Plaintiff a copy of the Notice of Electronic Filing (Doc. # 114) which contains the information Plaintiff has requested.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
        Deputy Clerk