UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SEAN DAVID COTTLE,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>NEVADA DEPARTMENT OF CORRECTIONS, et al,<br><br>　　　　　　　　　Defendants. | Case No. 3:12-cv-00645-MMD-WGC<br><br>ORDER |

Before the Court is Magistrate Judge William J. Cobb's Report and Recommendation ("R&R") (ECF No. 172) recommending that the Court (1) grant Plaintiff's request (ECF No. 166) to withdraw his motions for reconsideration/relief from judgment (ECF Nos. 134, 146 and 151) and (2) dismiss Plaintiff's action with prejudice and enter a judgment of dismissal. No objections to the R&R were filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v.*

*Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the R&R without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's R&R. Upon reviewing the R&R and the records in this case, the Court finds good cause to adopt the Magistrate Judge's R&R in full.

It is hereby ordered that the R&R (ECF No. 172) is accepted and adopted in full.

It is further ordered that Plaintiff's request (ECF No. 166) to withdraw his motions for reconsideration/relief from judgment (ECF Nos. 134, 146 and 151) is granted.

It is further ordered that Plaintiff's action is dismissed with prejudice.

The Clerk of Court is directed to enter a judgment of dismissal.

DATED THIS 13th day of September 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE