AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF    NEVADA

SEAN D. COTTLE,

       Plaintiff,        JUDGMENT IN A CIVIL CASE

  v.

                          CASE NUMBER:  **3:12-cv-00645-MMD-WGC**

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

       Defendant(s).

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's request (ECF No. 166) to withdraw his motions for reconsideration/relief from judgment (ECF Nos. 134, 146 and 151) is granted.
    **IT IS FURTHER ORDERED** that Plaintiff's action is dismissed with prejudice.

September 14, 2016                                  **LANCE S. WILSON**
                                                            Clerk

                                                            /s/ K. Rusin
                                                            Deputy Clerk